

# Fourth Court of Appeals
## San Antonio, Texas

November 30, 2022

No. 04-22-00511-CV

Richard L. **PEREZ**,
Appellant

v.

**CITIBANK, N.A**.,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2021CV00521
Honorable David J. Rodriguez, Judge Presiding

# O R D E R

Appellant's brief was due to be filed by October 24, 2022. Neither the brief nor a motion for extension of time has been filed. Appellant is therefore ORDERED to file, **no later than December 12, 2022**, his brief and a written response reasonably explaining: (1) his failure to timely file a brief, and (2) why appellee is not significantly injured by appellant's failure to timely file a brief. If appellant fails to timely file a brief and the written response by **December 12, 2022**, we will dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a); *see also* TEX. R. APP. P. 42.3(c) (allowing involuntary dismissal if appellant fails to comply with court order).

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of November, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court